UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 2:17-cv-125 GJQ | 2/23/2021 | 9:58 am – 10:09 am | Maarten Vermaat |

**CASE CAPTION**

| |
|---|
| Lorenzo Johnson #176204 v Fred Govern |

**APPEARANCES**

| Attorney: | Representing: |
|---|---|
| Plaintiff in pro per | |
| James T. Farrell | Defendant |

**PROCEEDINGS**

**NATURE OF HEARING:** Telephone Status Conference

Jury trial currently scheduled for April 19, 2021 adjourned because the Marquette Courthouse cannot accommodate a jury trial due to the covid pandemic and construction.

Trial will be scheduled for the July docket before Hon. Hala Y. Jarbou. Case Management Order will issue.

Both parties agree that a settlement conference would not be productive at this time, but will contact the Court if they change their minds in the future.

If trial is not held in July, the Court will set the case for a scheduling conference and discuss the parties' options.

Proceedings Recorded on the Bridgeline
Deputy Clerk:  C.A. Moore