UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LORENZO JOHNSON #176204,

   Plaintiff,        Case No. 2:17–cv–125

v.             Hon. Gordon J. Quist

FRED GOVERN,

   Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Final Pretrial Conference |
| Date/Time: | July 14, 2021   02:00 PM *(previously set for 7/1/2021 by video before Judge Jarbou)* |
| Magistrate Judge: | Maarten Vermaat |
| Place/Location: | by telephone |

*Parties will use the Court's conference line: 866–434–5269, Access Code 6087272*

               MAARTEN VERMAAT
               U.S. Magistrate Judge

Dated:  May 24, 2021   By: /s/ C. A. Moore_____
               Courtroom Deputy