UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

FILED - MQ
June 17, 2021 12:13 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mlc   SCANNED BY: /s/ 6/17/21

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
330 FEDERAL BLDG
202 W WASHINGTON ST
P.O. BOX 698
MARQUETTE, MI 49855

OFFICIAL BUSINESS

Case No. 2:17-cv-125

Hon. Gordon J. Quist

VACATE

Lorenzo Johnson #176204
3795 Kendall Street
Detroit, MI 48238

KINGSFORD MI 498
24 MAY 2021 PM 1 T

NOTICE OF HEARING

The hearing has been **rescheduled** as set forth below:

Status Conference
02:00 PM
(rescheduled 7/1/2021 by video before Judge Jarbou)
Before Magistrate Judge Vermaat

Conference line: 866-434-5269, Access Code

MAARTEN VERMAAT
U.S. Magistrate Judge

/s/ C. A. Moore
Courtroom Deputy

NIXIE    482   FE   1      0006/09/21
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 49855069898    *0125-14593-24-41