UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

LORENZO JOHNSON #176204,

    Plaintiff,

v

FRED GOVERN,

    Defendant.

CASE NUMBER 2:17-cv-125

JUDGE JARBOU

MAGISTRATE JUDGE VERMAAT

---

Lorenzo Johnson #176204
Pro Se
11790 E Outer Drive
Detroit, MI 48224
(734) 636-3513
Zoe225422@gmail.com

James T. Farrell (P35400)
Zachary A. Zurek (P80116)
Assistant Attorneys General
Attorneys for Defendant
Michigan Dept. of Attorney General
MDOC Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055
farrellj@michigan.gov
zurekz1@michigan.gov

---

## ORDER OF DISMISSAL WITH PREJUDICE

Based on the stipulation of the parties,

It is **ORDERED** the above-captioned matter, to-wit: "*Lorenzo Johnson v. Fred Govern,*" United States District Court for the Western District of Michigan docket number 17-cv-125, is dismissed with prejudice and without costs to any party.

Date: July 16, 2021

Dated: July 15, 2021

Stipulated to by:

_____
Lorenzo Johnson
Pro se

s/ James T. Farrell
James T. Farrell (P35400)
Assistant Attorney General

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE