UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LORENZO JOHNSON,

        Plaintiff,

v.

FRED GOVERN,

        Defendant.

_____/

Case No. 2:17-cv-125

Hon. Hala Y. Jarbou
U.S. District Judge

## ORDER

A settlement/final pretrial conference conference was held in this matter on July 14, 2021 in which the parties settled this case.  A proposed order regarding dismissal was filed (ECF No.105) and an Order of Dismissal was entered (ECF No. 107.)  Pursuant to that settlement:

IT IS HEREBY ORDERED that the remaining filing fees currently owed to this Court by Plaintiff in the amount of $346.05 is waived.

IT IS SO ORDERED.

Date:   July 16, 2021

/s/ *Maarten Vermaat*
MAARTEN VERMAAT
U.S. MAGISTRATE JUDGE