UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LORENZO JOHNSON #176204,

      Plaintiff,                    Case No. 2:17–cv–125

v.                               Hon. Hala Y. Jarbou

FRED GOVERN,

      Defendant.
_____/

### NOTICE OF HEARING CANCELLATION

      The Jury Trial and Continued Final Pretrial Conference set in this matter for **July 19, 2021 and July 16, 2021** is hereby **CANCELLED.**  Case has been dismissed.

                                      U.S. Magistrate Judge

Dated:  July 16, 2021        By:    /s/ C. A. Moore_____
                                            Courtroom Deputy